FILED

04/21/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0049

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0049

_____

IN RE THE MARRIAGE OF:

WHITNEY MERLYNN PETERSON,

     Petitioner and Appellee,

  and

O R D E R

HECTOR GUILLERMO SMITH
Mac DONALD GONZALEZ,

     Respondent and Appellant.

_____

The record was filed for purposes of this appeal on March 18, 2022. The opening brief is now overdue.

THEREFORE,

IT IS ORDERED that Appellant shall prepare, file, and serve the opening brief on appeal no later than May 23, 2022. Failure to file the brief within that time will result in dismissal of this appeal with prejudice and without further notice.

The Clerk is directed to provide copies of this Order to all parties of record.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 21 2022